39 GREAT JONES, INC., Landlord, Respondent, *v.* SAMUEL KIRSCHNER, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, April 5, 1945.

*Milton Leonard* for appellant.

*Jacob R. Heller* for respondent.

MEMORANDUM *Per Curiam.* The uncontradicted evidence established that the tenant was in the wholesale and not retail business. The occupancy, therefore, is within the provisions of the Commercial Rent Law (L. 1944, ch. 3).

The final order should be reversed, with $30 costs, and final order directed in favor of the tenant.

SHIENTAG, MCLAUGHLIN and HECHT, JJ., concur.

Order reversed, etc.